UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | PLAINTIFF |
| | ) | |
| v. | ) No. 4:17-CR-00293-BSM | |
| | ) | |
| | ) | |
| TROY R. LOADHOLT, ET AL | ) | |
| | | DEFENDANT |

## *MOTION FOR LEAVE TO FILE A MOTION FOR APPOINTMENT OF SECOND ATTORNEY*

Undersigned counsel respectfully moves the Court for an Order allowing Defendant Christopher Buber to file a Motion for Appointment of Second Attorney now states:

1. An Order was entered in this matter providing that all motions be filed on December 24, 2020.
2. The date has passed and Defendant requests to file a Motion for Appointment of a Second Attorney.
3. The United States takes no position regarding the motion and leaves it to the discretion of the Court.
4. The proposed motion is attached as Exhibit A.

WHEREFORE, plaintiff respectfully request that the Court enter an Order allowing for the filing of said Motion.

Respectfully submitted,

Crystal Okoro
Attorney at Law AB#12077
P.O. Box 1118
North Little Rock, AR 72115

                    Tel: 501.859.3424
                    Fax: 501.983.4203
                    okorocrystal@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th December, 2020 a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court, using the CM/ECF system to notice all attorneys of record.

                    /s/Crystal Okoro
                    Crystal Okoro