UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) No. 4:17-CR-00293-BSM | |
| | ) | |
| | ) | |
| TROY R. LOADHOLT, ET AL | ) | |
| | | DEFENDANT |

### *MOTION FOR APPOINTMENT OF SECOND ATTORNEY*

Comes now, Christopher Buber, by and through his attorney Crystal Okoro, and its Motion for Appointment of Second Attorney, now states:

1. Counsel anticipates that this matter will likely go to trial.

2. The government projects that their case in chief will be at least a month.

3. The cumbersome nature of this case, voluminous discovery, and trial preparation necessitates a second attorney be appointed in this matter.

4. CJA attorney Lawrence A. Walker has agreed to accept appointment if the court so allows.  Walker was appointed in this matter and does not foresee any potential conflicts. Additionally, Attorney Walker is already familiar with this matter and has been provided a copy of this Motion.

5. This motion is grounded in the interest of justice, fair play, and judicial economy.

WHEREFORE, Defendant respectfully request that the Court enter a granting said Motion and all other relief deemed equitable.

Respectfully submitted,

<u>Crystal Okoro</u>
Attorney at Law AB#12077
P.O. Box 1118
North Little Rock, AR 72115
Tel: 501.859.3424
Fax: 501.983.4203
okorocrystal@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on this 29th December, 2020 a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system to notice all attorneys of record.

/s/Crystal Okoro
Crystal Okoro