IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF

V.          NO.4:17-CR-00293-BSM

CHRISTOPHER BUBER                                  DEFENDANT

<u>MOTION FOR RECONSIDERATION OF BUBER'S MOTION FOR SEVERANCE</u>

 Comes now the defendant Buber and humbly moves this Honorable Court to reconsider the defendant's severance motion [Doc. No. 2078]. Defendant seeks the instant relief chiefly and primarily due to the government filing its notice and request under Rules 404 and 609 on July 8, 2021 [Doc. No. 2120] The Court's denial was filed on June 18, 2021 [Doc. No. 2091]. After the same, the government filed its item. Defendant posits that the government's notice and request item provide the Court, if it is not denied, with a basis to grant severance in this matter. The government's item shows and explains how it plans to proceed in this matter. Defendant believes that the same also lays out and provides the reasons why the defendant's case should be severed.

 Defendant's request is made to comport with the fair administration of justice and to avoid a manifest injustice.

 WHEREFORE, all premises considered, defendant prays the Court enter an order and grant the relief requested herein, and for all other good and proper relief.

    Respectfully submitted,

By: Crystal Okoro
Crystal Okoro, Bar No.12-077
Attorney at Law
P.O. Box 1117
North Little Rock, AR 72115
PH: 501.859.3424
Email:okorocrystal@yahoo.com
For: CHRISTOPHER BUBER,
DEFENDANT

## CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that on this July 15, 2021___,
a copy of the foregoing has been hand delivered, faxed, emailed, ECF or mailed, postage prepaid to proper address of all parties or all counsel of records for the same.
   Liza Brown/Stephanie Mazzanti
  Tre' Kitchens

          Crystal J. Okoro
          By: /s/Crystal Okoro