# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-49

CHRISTOPHER BUBER                                                                 DEFENDANT

## ORDER

Christopher Buber's motion for reconsideration [Doc. No. 2128] is denied. Buber moves for reconsideration of his motion to sever, based on the government's notice of intent to introduce Rule 404(b) evidence. The problem is that Buber anticipated the government would seek to introduce 404(b) evidence when he filed the motion to sever. *See* Doc. No. 2078 at 1. Buber's motion for reconsideration is denied because a motion for reconsideration is "not a vehicle for simple reargument on the merits." *Broadway v. Norris*, 193 F.3d 987, 990 (8th Cir. 1999).

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE