IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**v.**              **CASE NO. 4:17-CR-00293-BSM**

**MARCUS MILLSAP**
**CHRISTOPHER BUBER**                                 **DEFENDANTS**

**ORDER**

Marcus Millsap's motion for a status hearing [Doc. No. 2173] is denied. Counsel for the remaining defendants and the government are directed to confer and present a trial plan by August 13, 2021.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE