# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

v.                   **CASE NO. 4:17-CR-00293-BSM**

**CHRISTOPHER BUBER**                                                             **DEFENDANT**

## ORDER

In the interests of justice, CJA panel member Rickey H. Hicks is appointed as Crystal Okoro's co-counsel to represent Christopher Buber.  *See* Local Rule for the Eastern and Western Districts of Arkansas 83.7.

The clerk is directed to send Hicks a copy of this order and local rule 83.7.  Counsel may access the file from CM/ECF.  If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

IT IS SO ORDERED this 20th day of August, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE