## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:17–cr–00293–BSM**

**Christopher Buber**                                                                        **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING – EXTRAORDINARY CIRCUMSTANCES

    PLEASE take notice that a Change of Plea Hearing has been set in this case for August 25, 2021, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. The Court has determined a hearing is required on short notice based on the applicable law and existing circumstances.

**DATE:** August 24, 2021                                    AT THE DIRECTION OF THE COURT
                                                            TAMMY H. DOWNS, CLERK

                                                            **By:**  Laura J. Bichlmeier, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas