UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) No. 4:17-CR-00293- BSM | |
| | ) | |
| | ) | |
| TROY R. LOADHOLT, ET. AL | ) | DEFENDANT |

### DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE REPORT

The Defendant, CHRISTOPHER BUBER, by and through his attorney, Crystal Okoro, and for his Second Motion for Extension of Time to File Objections to Presentence Report states:

1. The Defendant's deadline to file objections to the pre-sentence report (PSR) is December 15, 2021.

2. Unbeknownst to counsel, the Defendant was transferred to Phillips County. The Defendant recently received the Pre-sentence report. Phillips County is a two-hour drive, one way. Defendant needs more time to review the thirty- five page PSR.

3. Counsel has met with the Defendant in-person and needs additional time to go over the PSR with the client. These meetings will likely have to be in-person to thoroughly review some of the sensitive information and counsel needs sufficient time to do so.

4. Additionally, the holidays are approaching and counsel needs to take that into consideration.

5. For those reasons, Counsel is requesting an extension to file objections up to February 4, 2021.

6. Assistant United States Attorney, Stephanie Mazzanti does not object to said request.

Respectfully submitted,

By: Crystal Okoro
Crystal Okoro, Bar No. 12-077
Attorney at Law
P.O. Box 1117
North Little Rock, AR 72115
PH: 501.859.3424
Email:okorocrystal@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2021, a true and correct copy of theforegoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Stephanie Mazzanti
Assistant United States Attorney
25 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
E-mail stephanie.mazzanti@usdoj.gov
Christopher Buber, Defendant

/s/Crystal Okoro
Crystal Okoro