# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3114

United States of America

Appellee

v.

Christopher Buber

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-49)

---

## MANDATE

In accordance with the judgment of November 21, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 12, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

**Forrest Dunn**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, December 12, 2022 10:21 AM |
| **Subject:** | 22-3114 United States v. Christopher Buber "Mandate Issued" (4:17-cr-00293-BSM-49) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

<strong>Eighth Circuit Court of Appeals</strong>

**Notice of Docket Activity**

The following transaction was filed on 12/12/2022

| | |
|---|---|
| **Case Name:** | United States v. Christopher Buber |
| **Case Number:** | 22-3114 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [5226129] [22-3114] (Maddison Barra)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov

Ms. Crystal Juniece Okoro: okorocrystal@yahoo.com (*daily summary*)

**Notice will be mailed to:**

Mr. Christopher Buber
32542-009
ARKANSAS DEPARTMENT OF CORRECTIONS
Cummins Unit
P.O. Box 500
Grady, AR 71644-0500

The following document(s) are associated with this transaction:

**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_223114_5226129_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/12/2022] [FileNumber=5226129-0]
[38256b4e64a1649bec6d789d9c7f3219eade5bee3c7ea019692dceed1839ed48066c52afc7fa120200ec2e862ba71761b9f
2ef1642504f84e241506a708c5308]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Mr. Christopher Buber
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Honorable Brian S. Miller, U.S. District Judge
- Ms. Crystal Juniece Okoro

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5226129
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7175253